UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**In re:**

| | |
|---|---|
| **Abtin Vaziri** | Case No. 23-10896-KHK |
| **Debtor** | Chapter 13 |

**Cyrus Amiri**   Case No.: 1:24-cv-00236-MSN-WEF

   **Appellant,**

v.

**Abtin Vaziri,**

   **Appellee.**

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Cyrus Amiri, the Appellant, appeals to the United States Court of Appeals for the Fourth Circuit from the order of the United States District Court for the Eastern District of Virginia, entered in this case on January 3, 2025, affirming the final judgment of the United States Bankruptcy Court for the Eastern District of Virginia.

The parties to the order from and the names and addresses of their respective attorneys are as follows:

1. <u>Cyrus Amiri</u>- Appellant/Creditor

Represented by:   Robert S. Brandt (VSB #46196)
                  600 Cameron Street
                  Alexandria, VA 22314
                  703-342-7330
                  brandt@brandtlawfirm.com

2. <u>Abtin Vaziri</u>- Appellee/Debtor

Represented by:   Ashley Morgan, Esq.
                  722 Grant Street, Suite G
                  Herndon, VA 22030
                  703-880-4881


By: /s/Robert S. Brandt
The Law Office of Robert S. Brandt
VSB#46196
600 Cameron Street
Alexandria, VA 22314
703-342-7330
brandt@brandtlawfirm.com
Counsel for Appellant

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2025 a true copy of the foregoing Notice of Appeal was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all interested parties.

/s/Robert S. Brandt